

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2014

No. 04-13-00452-CV

**IN RE WILLA PETERS HUBBERD TESTAMENTARY TRUST,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 1986-PC-1440
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
                Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice

The motions for leave to file post-submission letter briefs are hereby GRANTED.

It is so **ORDERED** on January 27, 2013.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court